IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ENTIRE CONTENTS OF BINANCE USER ID ACCOUNT 581919046, HELD BY THE BINANCE OPERATING ENTITY NEST SERVICES LIMITED, INCORPORATED UNDER THE LAWS OF THE REPUBLIC OF SEYCHELLES WITH REGISTRATION NUMBER 238045 AND ADDRESS AT HOUSE OF FRANCIS, ROOM 303, ILE DU PORT, MAHE, SEYCHELLES | Case No. 24-mj-08124-ADM<br><br>**Filed Under Seal** |

## MOTION TO SEAL

The United States requests that the Application and Affidavit for Seizure Warrant, the Seizure Warrant, the Seizure Warrant Return, this Motion, and the requested Order be sealed until further order of the Court.

In this case, such an order is appropriate because this seizure warrant and related materials are part of an ongoing criminal investigation that is neither public nor known to all of the target(s) of the investigation, and its disclosure may alert the target(s) to the ongoing investigation.

Accordingly, there is reason to believe that public disclosure of the seizure warrant or the information submitted in support of the seizure warrant will because their disclosure may endanger the life or physical safety of an individual or result in the destruction of evidence or tampering with evidence, or otherwise jeopardize the ongoing investigation by prematurely revealing an ongoing investigation.

Thus, there is good cause to seal these documents because their premature disclosure may jeopardize the investigation. Due to the nature of the information contained in these documents

and the government's discovery obligations, the United States requests that these documents may be disclosed for any discovery purposes without further order of this Court.

                                        Respectfully submitted,

                                        KATE E. BRUBACHER
                                        United States Attorney

                                        */s/ D. Christopher Oakley*
                                        D. CHRISTOPHER OAKLEY
                                        Assistant United States Attorney
                                        500 State Avenue, Suite 360
                                        Kansas City, KS 66101
                                        Ph. 913-551-6730
                                        Fax 913-551-3541
                                        Chris.Oakley@usdoj.gov
                                        Ks S.Ct.No. 19248