IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ENTIRE CONTENTS OF BINANCE USER ID ACCOUNT 581919046, HELD BY THE BINANCE OPERATING ENTITY NEST SERVICES LIMITED, INCORPORATED UNDER THE LAWS OF THE REPUBLIC OF SEYCHELLES WITH REGISTRATION NUMBER 238045 AND ADDRESS AT HOUSE OF FRANCIS, ROOM 303, ILE DU PORT, MAHE, SEYCHELLES | Case No. 24-mj-08124-ADM<br><br>**Filed Under Seal** |

**ORDER TO SEAL SEIZURE WARRANT**

Upon the motion of the United States, I find there is good cause to seal the Application and Affidavit for Seizure Warrant, Seizure Warrant, Seizure Warrant Return, the Motion to Seal, and this Order, because their disclosure may endanger the life or physical safety of an individual, or result in the destruction of evidence or tampering with evidence, or otherwise jeopardize the ongoing investigation by prematurely revealing an ongoing investigation.

IT IS SO ORDERED that the Application and Affidavit for Seizure Warrant, Seizure Warrant, Seizure Warrant Return, the Motion to Seal, and this Order shall be sealed until further order of the Court.

IT IS FURTHER ORDERED that the Application and Affidavit for Seizure Warrant, Seizure Warrant, Seizure Warrant Return, the Motion to Seal, and this Order may be disclosed as discovery in related criminal cases without further order of the Court.

IT IS SO ORDERED.

Dated this 16th day of July, 2024.

_____
HONORABLE ANGEL D. MITCHELL
UNITED STATES MAGISTRATE JUDGE