IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: )<br>ENTIRE CONTENTS OF BINANCE USER ID )<br>ACCOUNT 581919046, LOCATED AT )<br>BINANCE HOLDINGS LIMITED, A )<br>VIRTUAL CURRENCY EXCHANGE; ) | Case No. 24-mj-08112-ADM |
| ) | |
| ENTIRE CONTENTS OF PAXFUL USER ID )<br>ACCOUNT 4690943, LOCATED AT PAXFUL, )<br>INC., A VIRTUAL CURRENCY EXCHANGE; ) | Case No. 24-mj-08113-ADM |
| ) | |
| ENTIRE CONTENTS OF BINANCE USER ID )<br>ACCOUNT 581919046, HELD BY THE )<br>BINANCE OPERATING ENTITY NEST )<br>SERVICES LIMITED, INCORPORATED UNDER )<br>THE LAWS OF THE REPUBLIC OF )<br>SEYCHELLES WITH REGISTRATION )<br>NUMBER 238045 AND ADDRESS AT HOUSE )<br>OF FRANCIS, ROOM 303, ILE DU PORT, )<br>MAHE, SEYCHELLES; ) | Case No. 24-mj-08124-ADM |

**ORDER**

On motion of counsel for the Government, good cause appearing therefore,

IT IS ORDERED that the Seizure Warrants filed on June 11, 2024 and July 16, 2024, be unsealed.

                                                 s/Angel D. Mitchell
                                                 HONORABLE ANGEL D. MITCHELL
                                                 UNITED STATES MAGISTRATE JUDGE