# United States District Court

## DISTRICT OF KANSAS

In the Matter of the Seizure of:

Entire Contents of Binance User ID account 581919046,
Held by the Binance operating entity Nest Services Limited,
Incorporated under the laws of the Republic of Seychelles with
Registration number 238045 and address at House of Francis,
Room 303, Ile Du Port, Mahe, Seychelles

**SEIZURE WARRANT**

CASE NO: 24-mj-08124-ADM

<u>**UNDER SEAL**</u>

TO: Zachary Hampton and any Authorized Officer of the United States:

An affidavit having been made before me in accordance with the requirements of Fed. R. Crim. P. 41 by Special Agent Zachary Hampton who has reason to believe that in the District of Kansas or elsewhere, pursuant to 18 U.S.C. § 981(b)(3), there is now certain property which is subject to forfeiture to the United States, namely:

Entire Contents of Binance user ID account 581919046, held by the Binance operating entity Nest Services Limited, incorporated under the laws of the Republic of Seychelles with registration number 238045 and address at House of Francis, Room 303, Ile Du Port, Mahe, Seychelles

I am satisfied that the affidavit establishes probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant, pursuant to Title 18, United States Code, Section 981(a)(1)(A) for violations of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1956(h).

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, by serving this warrant and making the seizure at any time of the day or night as I find reasonable cause has been established, leaving a copy of this warrant and receipt for the property so seized, and prepare a written inventory of the property seized and promptly return this warrant to any United States District Court Judge or Magistrate Judge.

<u>July 16, 2024, 3:08 p.m.</u>         at    <u>Kansas City, Kansas</u>
Date and Time Issued                       City and State

*Angel Mitchell*
HONORABLE ANGEL D. MITCHELL
United States Magistrate Judge

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>7/16/2024 | DATE AND TIME WARRANT EXECUTED<br>8/28/2024 at approximately 3:28am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Nest Services Limited |
| INVENTORY MADE IN THE PRESENCE OF<br>N/A | | |
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br>Contents of Binance user account 581919046 amounting to 1.302881 BTC | | |

## CERTIFICATION

[If returned in front of Judge]
I swear this inventory is a true and detailed account of the property seized by me on the warrant.

Date: _____     _____     _____
                       *Executing officer's signature*         *Printed name and title*

Subscribed, sworn to, and returned before me on this date.

_____     _____
U.S. Judge or Magistrate              Date

[If Judge not present]
I declare under penalty of perjury that this inventory is a true and detailed account of the property seized by me on the warrant.

Date: 9/13/2024     _____
                    *Executing officer's signature*

                    Zachary Scott Hampton, Special Agent
                    *Printed name and title*